IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09CV165-03-MU

| TONEY RECOE KING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| NORTH CAROLINA DEPARTMENT OF CORRECTION, et. al., | ) | |
| Defendants. | ) | |

**THIS MATTER** comes before the Court on Plaintiff's "Motion for Leave to File Amended Complaint" filed May 22, 2009 (Document No. 6.) For the reasons stated herein, Plaintiff's Motion is denied.

On April 28, 2009 Plaintiff filed a Complaint pursuant to 42 U.S.C. § 1983 in which he complained that the institution at which he was housed did not serve him an adequate quantity of food per meal or per day causing him undue physical hardship because he is hungry and mental hardship because he worries about food and cannot focus on his rehabilitation (Doc. No. 1). He further argued that he suffers greater punishment than those "fortunate prisoners" who have family and friends who send them money to purchase food and other items from the Canteen. (Id. at 7). By Order dated May 12, 2009, this Court dismissed Plaintiff's Complaint (Doc. No. 5).

Plaintiff now seeks to amend his Complaint and cites to Rules 15 and 19 of the Federal Rules of Civil Procedure in support of his motion. However, there is no provision in the Federal Rules of Civil Procedure for amending a complaint that has been dismissed. Therefore,

1

Plaintiff's Motion to Amend must be denied.

## **ORDER**

**NOW, THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 6) is DENIED.

**SO ORDERED**.

Signed: May 28, 2009

Graham C. Mullen
United States District Judge