# United States District Court
# For The Western District of North Carolina
# Asheville Division

Toney Recoe King ,

        Plaintiff(s),                     JUDGMENT IN A CIVIL CASE

vs.                                      1:09-cv-00165

Robert C. Lewis, Robert Cooper;
North Carolina Department of Correction,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 06/01/10 Order.

                                              Signed: June 1, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court